IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DRONEY<br>Plaintiff,<br><br>vs.<br><br>BLITZ U.S.A., INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, AND WAL-MART STORES EAST, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C/A NO.:6:11-CV-01320-MGL |

**STIPULATION OF DIMISSAL WITH PREJUDICE**

This case involves allegations that a Blitz gas can sold by Wal-Mart exploded and injured Christopher Droney. The claims in this case are subject to a settlement trust created in the Blitz U.S.A, Inc. bankruptcy. Plaintiff has executed a release releasing the claims at issue in connection with that settlement. Blitz U.S.A., Inc. was liquidated in the bankruptcy and no longer exists. As such, the remaining Parties hereby dismiss this case with prejudice.

Dated: May 12, 2014.

| | |
|---|---|
| s/ Randell C. Stoney, Jr.<br><br>**Randell C Stoney , Jr**<br>Barnwell Whaley Patterson and Helms<br>PO Drawer H<br>Charleston, SC 29402<br>843-577-7700<br>Email: rstoney@barnwell-whaley.com<br><br>**Adrienne L Hernandez** | s/ Brady R. Thomas________________<br><br>**Brady R. Thomas**<br>RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, L.L.C.<br>P. O. Box 1368<br>1730 Jackson Street<br>Barnwell, SC 29812<br>Telephone No.: (803) 541-7850<br>Fax No.: (803) 541-9625<br>E-Mail: bthomas@rpwb.com<br><br>Samuel Kirkpatrick Morgan , Jr |

| | |
|---|---|
| Shook Hardy and Bacon<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>Email: ahernandez@shb.com<br><br>**Mark Clarence Hegarty**<br>Shook Hardy and Bacon<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>Email: mhegarty@shb.com<br><br>ATTORNEYS FOR THE WAL-MART ENTITIES | Email: km@walkermorgan.com<br>William Paul Walker , Jr<br>Walker and Morgan LLC<br>Email: bw@walkermorgan.com<br>PO Box 949<br>Lexington, SC 29072<br>803-359-6194<br>Fax: 803-957-4584<br><br>ATTORNEYS FOR THE PLAINTIFF |